MILES CANINO, Appellant, *v.* J. C. PIERCE, Doing Business under the Name of WESTERN AUTO ASSOCIATE STORE, Defendant, and MAY R. SCHRIBER, Respondent.

Argued January 10, 1951; decided March 1, 1951.

*Gustav P. Blaustein* for appellant.

*Joseph Hawley Murphy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.